PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 07, 2024
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    Jimenez, Rebecca Ashley    Docket No.    0980 2:24CR00004-TOR-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rebecca Ashley Jimenez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 17th day of May 2024 (ECF No. 65) and again on the 18th day of June 2024 (ECF No. 75) under the following conditions:

**Additional Condition #13 (ECF No. 65):** Defendant shall submit to random controlled substance testing as required by the inpatient substance abuse facility at any frequency directed by the facility. Pretrial Services may supplement any controlled substance testing and such supplemental testing shall not exceed six (6) times per month.

**Modified Condition #1 (ECF No. 75):** Defendant must reside at the Cannon Oxford House and may not change residences without prior approval from Pretrial Services.

**Modified Condition #2 (ECF No. 75):** Defendant shall participate in outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on September 24, 2024.

On June 18, 2024, the undersigned officer referred Ms. Jimenez to the phase urinalysis testing program at Pioneer Human Services (PHS). Ms. Jimenez was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On September 24, 2024, Ms. Jimenez failed to report for random drug testing at PHS.

**Violation #2:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release supervision by changing residences without prior approval from Pretrial Services in September 2024.

On October 3, 2024, Ms. Jimenez reported to the undersigned officer that she was removed from the Cannon Oxford House a few weeks prior due to lack of rent payment. Ms. Jimenez failed to notify the undersigned officer prior to changing her address. She is currently residing with a friend in Spokane, Washington.

**Violation #3:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release supervision by being unsuccessfully discharged from outpatient substance abuse treatment on or about September 12, 2024.

On July 3, 2024, Ms. Jimenez entered intensive outpatient substance abuse treatment (IOP) at Spokane Treatment and Recovery Services (STARS).

PS-8

Re: Jimenez,, Rebecca Ashley
October 7, 2024
Page 2

On August 5, 2024, her substance abuse treatment provider at STARS contacted the undersigned officer advising Ms. Jimenez was having attendance issues with her IOP sessions. On August 5 and 9, 2024, the undersigned officer spoke to Ms. Jimenez about her attendance issues and potential consequences if she continued to have unexcused absences from substance abuse treatment sessions. She agreed to not miss any further treatment groups.

On or about September 12, 2024, Ms. Jimenez was unsuccessfully discharged from IOP services at STARS due to her attendance issues.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 7, 2024

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

October 7, 2024
Date