PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| U.S.A. vs. | Jimenez, Rebecca Ashley | Docket No. | 0980 2:24CR00004-TOR-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Rebecca Ashley Jimenez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 17th day of May 2024 (ECF No. 65) and again on the 18th day of June 2024 (ECF No. 75) under the following conditions:

**Condition #2:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Modified Condition #2 (ECF No. 75):** Defendant shall participate in outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release by failing to report as instructed by the U.S. Probation Office on October 18, 2024.

On October 17, 2024, Ms. Jimenez and the undersigned officer had a telephone conversation to discuss a summons that was previously issued by the Court. Ms. Jimenez advised she was scheduled to attend a substance abuse treatment assessment at Pioneer Human Services (PHS) on October 18, 2024, at 10 a.m. The undersigned officer instructed her to report to the U.S. Marshals Service (USMS) on October 18, 2024, at 11:30 a.m., to receive a copy of the summons. Ms. Jimenez agreed to report as instructed.

On October 18, 2024, at 11:08 a.m., the undersigned officer attempted to contact Ms. Jimenez telephonically and by text message after learning she failed to report for her scheduled substance abuse assessment at PHS. Ms. Jimenez responded at approximately 12:26 p.m., stating she was having a medical issue and was at an urgent care center. She stated she would report to the USMS office to receive her summons. Within approximately 3 minutes, the undersigned responded to Ms. Jimenez' text message advising the undersigned would be calling to discuss the matter. The undersigned officer attempted to contact Ms. Jimenez two additional times, without her answering the call. Subsequently, the undersigned officer sent Ms. Jimenez a text message instructing her to report to the U.S. Probation Office on October 18, 2024, by 2:30 p.m., to submit to random drug testing and provide medical documentation that she was treated at an urgent care center on that date. Ms. Jimenez did not respond to the text message instructing her to report. She failed to report to the USMS office to receive her summons, as well as the U.S. Probation Office as instructed on October 18, 2024.

**Violation #5:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release by testing positive for the presence of cocaine on October 3, 2024.

PS-8
Re: Jimenez, Rebecca Ashley
October 21, 2024
Page 2

On October 3, 2024, Ms. Jimenez reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of cocaine. Ms. Jimenez advised she had been recently around people who were ingesting cocaine, but denied using the substance. Subsequently, the urine sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On October 12, 2024, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

**Violation #6:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release supervision by failing to attend a scheduled substance abuse assessment at Pioneer Human Services on October 18, 2024.

As reported in the petition submitted on October 7, 2024 (ECF No. 92, Violation #3) Ms. Jimenez was unsuccessfully discharged from substance abuse treatment at Spokane Treatment and Recovery Services (STARS) on or about September 12, 2024.

Subsequently, Ms. Jimenez scheduled but failed to appear for scheduled substance abuse assessments at Pioneer Human Services (PHS) on September 20 and 23, 2024.

On October 2, 2024, Ms. Jimenez advised she would be attending intensive outpatient substance abuse treatment (IOP) at Spokane Addiction and Recovery Center (SPARC). However, on October 4, 2024, SPARC staff confirmed Ms. Jimenez would not be allowed to attend treatment services at that agency due to being charged with an arson-related offense.

On October 7, 2024, Ms. Jimenez advised the undersigned officer that she scheduled an admission appointment at Pioneer Human Services for October 18, 2024, at 10 a.m.

On October 18, 2024, a counselor at PHS confirmed Ms. Jimenez failed to appear for her intake appointment at that agency. Due to her failing to appear for three admission appointments, Ms. Jimenez would need to speak to a supervisor at PHS before scheduling another appointment.

As of the submission of this petition, Ms. Jimenez has not been engaged in any type of substance abuse treatment since approximately September 12, 2024.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE
VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  October 21, 2024 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Jimenez, Rebecca Ashley
October 21, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

October 21, 2024
Date