❧ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jimenez, Rebecca Ashley | Docket No. | 0980 2:24CR00004-TOR-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Rebecca Ashley Jimenez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 17th day of May 2024 (ECF No. 65) and again on the 18th day of June 2024 (ECF No. 75) under the following conditions:

**General Condition #4:** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 18, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Jimenez. She acknowledged an understanding of the release conditions at that time.

**Violation #7:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release supervision by failing to appear before the Court for a scheduled appearance on October 30, 2024.

On October 7, 2024, the undersigned officer filed a petition alleging noncompliance regarding Ms. Jimenez. Subsequently, the Court issued a summons requiring Ms. Jimenez to appear on October 29, 2024.

On October 17, 2024, the undersigned officer had a telephone conversation with Ms. Jimenez. During that conversation, the undersigned officer advised Ms. Jimenez of the above-noted summons and to report to the U.S. Marshals Service (USMS) office on October 18, 2024, to obtain a copy of the summons. Ms. Jimenez failed to report as instructed to obtain a copy of her summons on October 18, 2024, which is reported in a petition submitted to the Court on or about October 21, 2024 (ECF No. 95).

On October 21, 2024, the undersigned officer submitted another petition alleging noncompliance regarding Ms. Jimenez (ECF No 95). The Court issued a warrant for Ms. Jimenez' arrest at that time.

On October 30, 2024, at 9:48 a.m., the undersigned officer received a text message with the sender identifying themself as Ms. Jimenez. The undersigned officer advised Ms. Jimenez of her Court appearance that was scheduled for that date at 1:30 p.m. Later on October 30, 2024, Ms. Jimenez failed to appear before the Court for her scheduled initial appearance before the Honorable Alexander C. Ekstrom, U.S. Magistrate Judge, in Spokane, Washington. Due to a warrant previously being issued for Ms. Jimenez' arrest, no further action was taken at that time.

**Violation #8:** Rebecca Ashley Jimenez is alleged to have violated the conditions of pretrial release supervision by failing to appear for a scheduled appearance before the Court on November 13, 2024.

On August 13, 2024, the Honorable Thomas O. Rice, U.S. District Court Judge, granted a motion to continue pretrial and trial submitted by defense counsel. Ms. Jimenez' pretrial hearing date was set for November 13, 2024, at 9:30 a.m.

On November 13, 2024, Ms. Jimenez failed to appear before the Court, as scheduled. The Court issued another warrant for Ms. Jimenez' arrest.

PS-8
Re: Jimenez,, Rebecca Ashley
November 13, 2024
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   November 13, 2024 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

November 14, 2024
Date